IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-md-2724 |
| *IN RE: CLOBETASOL CASES* | EPP CASE: 16-CB-27242 |
| *IN RE: CLOMIPRAMINE CASES* | EPP CASE: 16-CM-27242 |
| THIS DOCUMENT APPLIES TO:<br>*EPP BELLWETHER ACTIONS* | |

# ORDER

**AND NOW**, this 3rd day of December 2024, upon consideration of the Motions to Exclude [16-CM-27242: Doc. Nos. 191,192, 193, 194, 214, 215, 216, 217, 253, and 256; 16-CB-27242: Doc. Nos. 246, 247, 248, 249, 272, 273, 274, 278, 316, and 325] and the responses and replies thereto, and after hearings and arguments held on September 24-26, October 8, and October 10, 2024, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that:

1. EPPs' motions to partially exclude the opinions of Dr. James W. Hughes, Dr. Erin E. Trish, and Dr. Laura E. Happe are **GRANTED**.

2. EPPS' motion to partially exclude Dr. Richard J. Gilbert's opinions is **GRANTED** in part to exclude the opinions set forth in section IV.H of his report.

3. Defendants' motion to exclude the opinions of Dr. James T. McClave, Dr. Russell L. Lamb, Ms. Laura R. Craft, and Mr. Eric J. Miller are **DENIED.**

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
**CYNTHIA M. RUFE, J.**