IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-md-2724** |
| *IN RE: CLOBETASOL CASES* | **EPP CASE: 16-CB-27242** |
| *IN RE: CLOMIPRAMINE CASES* | **EPP CASE: 16-CM-27242** |
| **THIS DOCUMENT APPLIES TO:**<br>*EPP BELLWETHER ACTIONS* | |

# ORDER

**AND NOW**, this 7th day of March 2025, upon consideration of the Motions for Class Certification [16-CM-27242: Doc. No. 84; 16-CB-27242: Doc. No. 134] and the Motions for Appointment of Lead Counsel for the End-payer Purchaser Classes [16-CM-27242: Doc. Nos. 179, 185; 16-CB-27242: Doc. No 235, 241], as well as the responses and replies thereto, and after hearings and arguments held on December 17, 2024, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that EPPs' motion is **GRANTED** in part and **DENIED** in part to exclude certification of the unjust enrichment class.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
**CYNTHIA M. RUFE, J.**